UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | |
|---|---|
| In re: LAMONT, TRAVIS J. § | Case No. 11-85359 |
| LAMONT, CINDIE R. § | |
| § | |
| Debtor(s) § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 10/15/2012 in Courtroom 3100, United States Courthouse, 327 S. Church Stret
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Dated:  08/23/2012          By:  /s/MEGAN G. HEEG
                                 Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

In re: LAMONT, TRAVIS J.　　　　　　　　　　§　Case No. 11-85359
　　　　LAMONT, CINDIE R.　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　　　　§

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 4,811.33 |
| and approved disbursements of | $ 75.00 |
| leaving a balance on hand of [1] | $ 4,736.33 |
| **Balance on hand:** | $ 4,736.33 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 4,736.33 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 1,202.83 | 0.00 | 1,202.83 |
| Trustee, Expenses - MEGAN G. HEEG | 4.53 | 0.00 | 4.53 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger & Lee | 888.75 | 0.00 | 888.75 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger & Lee | 2.00 | 0.00 | 2.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 2,098.11 |
| Remaining balance: | $ | 2,638.22 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 2,638.22 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 2,638.22 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 55,908.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commonwealth Edison Company | 1,514.57 | 0.00 | 71.48 |
| 2 | Autovest, L.L.C. | 12,579.21 | 0.00 | 593.59 |
| 3 | GE Capital Retail Bank | 1,901.42 | 0.00 | 89.72 |
| 4 | U.S. Department of Education | 0.00 | 0.00 | 0.00 |
| 5 | Quantum3 Group LLC as agent for | 1,317.28 | 0.00 | 62.16 |
| 6 | Cavalry Portfolio Services, LLC | 1,939.42 | 0.00 | 91.52 |
| 7 | U.S. Department of Education | 31,323.79 | 0.00 | 1,478.11 |
| 8 | Fertility Centers of Illinois | 809.80 | 0.00 | 38.21 |
| 9 | Rockford Mercantile | 4,522.92 | 0.00 | 213.43 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 2,638.22 |
| Remaining balance: | $ | 0.00 |

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-85359-MB
Travis J. Lamont                                                        Chapter 7
Cindie R. Lamont
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: vgossett           Page 1 of 3           Date Rcvd: Sep 04, 2012
                              Form ID: pdf006          Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2012.
```
db/jdb     +Travis J. Lamont,   Cindie R. Lamont,   4763 Orchard Ln,   Rockford, IL 61101-1708
18257455   +Advanced Reproductive Center,   Business Office,   5225 Old Orchard Road,   Skokie, IL 60077-4406
18684549   +Autovest, L.L.C.,   P O Box 2247,   Southfield, MI 48037-2247
18257457   +Autovest,LLC,   % Juliana G. Robertson,   7915 S. Emerson Ave., Suite B-230,
             Indianapolis, IN 46237-8557
18257459    Chase,   PO Box 15298,   Wilmington, DE 19850-5298
18257460    Comcast,   P.O. Box 3002,   Southeastern, PA 19398-3002
18257462   +Credit Protection Assoc,   13355 Noel Rd Ste 2100,   Dallas, TX 75240-6837
18257463   +Creditor Protection,   206 W. State Street,   Rockford, IL 61101-1112
18257464   +DISH Network,   Dept. 0063,   Palatine, IL 60055-0001
18257465   +First Premier Bank,   601 S. Minnesota Ave,   Sioux Falls, SD 57104-4868
18257471    Metro Medical Services,   5112 Forest Hills Court,   Loves Park, IL 61111-8304
18257473   +Mutual Management,   PO Box 4777,   Rockford, IL 61110-4777
18257474   +Northern Illinois Imaging,   P.O. Box 1790,   Brookfield, WI 53008-1790
18257475   +R & B Receivables Management,   860 S Northpoint Blvd,   Waukegan, IL 60085-8201
18257476   #+Radiology Consultants of Rockford,   PO Box 4542,   Rockford, IL 61110-4542
18257477    Rockford Anesthesiologist,   PO Box 4569,   Rockford, IL 61110-4569
18257478   +Rockford Health Systems,   2400 North Rockton Avenue,   Rockford, IL 61103-3655
18257479   +Rockford Mercantile,   2502 S. Alpine Road,   Rockford, IL 61108-7813
18257480   +Rockford Orthopedic Associates,   PO Box 5247,   Rockford, IL 61125-0247
18257481   +State Collection Service,   PO Box 6250,   Madison, WI 53716-0250
18257482   +Swedish American Health System,   P.O. Box 310283,   Des Moines, IA 50331-0283
18257483   +Swedish American Hospital,   % Dennis A. Brebner & Associates,   860 Northpoint Blvd,
             Waukegan, IL 60085-8211
18257485   +The Stark Collection Agency,   P.O. Box 45710,   Madison, WI 53744-5710
18257486    U.S. Department of Education,   Direct Loan Servicing Center,   PO Box 5609,
             Greenville, TX 75403-5609
18257487   +University Medical Services,   1601 Parkview Ave,   Rockford, IL 61107-1897
18257489   +Wells Fargo Home Mortgage,   PO Box 10335,   Des Moines, IA 50306-0335
18257490   +Wf Fin Bank/Wells Fargo Financial,   Attn: Bankruptcy Dept.,   2143 East Convention Center #200,
             Ontario, CA 91764-5451
18257491   +Wffnb/tsa,   P.O. Box 182125,   Columbus, OH 43218-2125
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18257456    E-mail/PDF: recoverybankruptcy@afninet.com Sep 05 2012 03:17:16    Afni, Inc.,   404 Brock Drive,
             PO Box 3517,   Bloomington, IL 61702-3517
18834310   +E-mail/Text: bankruptcy@cavps.com Sep 05 2012 04:03:09    Cavalry Portfolio Services, LLC,
             500 Summit Lake Drive Suite 400,   Valhalla, NY 10595-2322
18257458   +E-mail/Text: contact@csicollects.com Sep 05 2012 02:14:04    Certified Services, Inc,
             P.O. Box 177,   Waukegan, IL 60079-0177
18257461   +E-mail/Text: legalcollections@comed.com Sep 05 2012 02:13:01    Commonwealth Edison,
             Attn: Bankruptcy Department,   2100 Swift Drive,   Oak Brook, IL 60523-1559
18358892   +E-mail/Text: legalcollections@comed.com Sep 05 2012 02:13:01    Commonwealth Edison Company,
             3 Lincoln Centre,   Oakbrook Terrace, IL 60181-4204,   Attn: Bankruptcy Dep.
18904331   +E-mail/Text: contact@csicollects.com Sep 05 2012 02:14:04    Fertility Centers of Illinois,
             c/o Certified Services, Inc.,   P.O. Box 177,   Waukegan, IL 60079-0177
18736709    E-mail/PDF: rmscedi@recoverycorp.com Sep 05 2012 03:37:32    GE Capital Retail Bank,
             c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
18257466    E-mail/PDF: gecsedi@recoverycorp.com Sep 05 2012 03:27:39    GE Money Bank,
             Attn: Bankruptcy Department,   PO Box 13104,   Roswell, GA 30076
18257467   +E-mail/PDF: gecsedi@recoverycorp.com Sep 05 2012 03:37:30    GEMB/ Old Navy,   Attn: Bankruptcy,
             P.O Box 103106,   Roswell, GA 30076-9106
18257468   +E-mail/PDF: gecsedi@recoverycorp.com Sep 05 2012 03:27:40    GEMB/Care Credit,   P.O. Box 981439,
             El Paso, TX 79998-1439
18257469   +E-mail/PDF: gecsedi@recoverycorp.com Sep 05 2012 03:37:30    GEMB/JC Penney's,   P.O. Box 981402,
             El Paso, TX 79998-1402
18257470   +E-mail/Text: Bankruptcy@icsystem.com Sep 05 2012 03:14:03    I C System,   P.O. Box 64378,
             Saint Paul, MN 55164-0378
18257472   +E-mail/Text: bankruptcydpt@mcmcg.com Sep 05 2012 02:09:41    Midland Credit Management,
             P.O. Box 60578,   Los Angeles, CA 90060-0578
18832014    E-mail/Text: bnc-quantum@quantum3group.com Sep 05 2012 03:10:25
             Quantum3 Group LLC as agent for,   World Financial Network Bank,   PO Box 788,
             Kirkland, WA 98083-0788
18257484    E-mail/Text: bankruptcynotices@tdstelecom.com Sep 05 2012 02:15:34    TDS Metrocom,
             PO Box 1007,   Monroe, WI 53566-8107
18257485   +E-mail/Text: banko@hestark.com Sep 05 2012 04:05:19    The Stark Collection Agency,
             P.O. Box 45710,   Madison, WI 53744-5710
18257488    E-mail/Text: specialbillingservices@uwmf.wisc.edu Sep 05 2012 10:13:34    UW Health Physicians,
             P O Box 2978,   Milwaukee, WI 53201-2978
                                                                                              TOTAL: 17
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

```
District/off: 0752-3          User: vgossett           Page 2 of 3            Date Rcvd: Sep 04, 2012
                              Form ID: pdf006          Total Noticed: 44
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 06, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-3          User: vgossett              Page 3 of 3              Date Rcvd: Sep 04, 2012
                              Form ID: pdf006             Total Noticed: 44
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2012 at the address(es) listed below:

          Megan G Heeg     on behalf of Trustee Megan Heeg heeg@egblc.com
          Megan G Heeg     heeg@egblc.com, IL55@ecfcbis.com
          Patrick S Layng     USTPRegion11.MD.ECF@usdoj.gov
          Scott E Hillison     on behalf of Debtor Travis Lamont mmagnuson@bjnatalelaw.com

                                                                                                                           TOTAL: 4