# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# ROCKFORD DIVISION

In re: LAMONT, TRAVIS J. § Case No. 11-85359
       LAMONT, CINDIE R. §
 §
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $146,522.00      Assets Exempt: $51,900.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,638.22     Claims Discharged Without Payment: $78,750.15

Total Expenses of Administration: $2,173.11

3) Total gross receipts of $ 4,811.33 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,811.33 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $150,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,173.11 | 2,173.11 | 2,173.11 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 78,361.48 | 83,218.21 | 55,908.41 | 2,638.22 |
| **TOTAL DISBURSEMENTS** | $228,361.48 | $85,391.32 | $58,081.52 | $4,811.33 |

  4) This case was originally filed under Chapter 7 on December 15, 2011. The case was pending for 12 months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/14/2012          By: /s/MEGAN G. HEEG
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| TAX REFUNDS | 1224-000 | 4,811.33 |
| **TOTAL GROSS RECEIPTS** | | **$4,811.33** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wells Fargo Home Mortgage | 4110-000 | 150,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$150,000.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 1,202.83 | 1,202.83 | 1,202.83 |
| MEGAN G. HEEG | 2200-000 | N/A | 4.53 | 4.53 | 4.53 |
| Ehrmann Gehlbach Badger & Lee | 3110-000 | N/A | 888.75 | 888.75 | 888.75 |
| Ehrmann Gehlbach Badger & Lee | 3120-000 | N/A | 2.00 | 2.00 | 2.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $2,173.11 | $2,173.11 | $2,173.11 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Commonwealth Edison Company | 7100-000 | 1,544.54 | 1,514.57 | 1,514.57 | 71.48 |
| 2 | Autovest, L.L.C. | 7100-000 | 15,872.02 | 12,579.21 | 12,579.21 | 593.59 |
| 3 | GE Capital Retail Bank | 7100-000 | 1,674.00 | 1,901.42 | 1,901.42 | 89.72 |
| 4 | U.S. Department of Education | 7100-000 | 27,857.00 | 27,309.80 | 0.00 | 0.00 |
| 5 | Quantum3 Group LLC as agent for | 7100-000 | 1,139.00 | 1,317.28 | 1,317.28 | 62.16 |
| 6 | Cavalry Portfolio Services, LLC | 7100-000 | N/A | 1,939.42 | 1,939.42 | 91.52 |
| 7 | U.S. Department of Education | 7100-000 | N/A | 31,323.79 | 31,323.79 | 1,478.11 |
| 8 | Fertility Centers of Illinois | 7100-000 | 402.96 | 809.80 | 809.80 | 38.21 |
| 9 | Rockford Mercantile | 7100-000 | 4,392.00 | 4,522.92 | 4,522.92 | 213.43 |
| NOTFILED | State Collection Service | 7100-000 | 971.00 | N/A | N/A | 0.00 |
| NOTFILED | Swedish American Health System | 7100-000 | 425.80 | N/A | N/A | 0.00 |
| NOTFILED | State Collection Service | 7100-000 | 593.45 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Rockford Orthopedic Associates | 7100-000 | 2,730.00 | N/A | N/A | 0.00 |
| NOTFILED | Radiology Consultants of Rockford | 7100-000 | 647.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Anesthesiologist | 7100-000 | 1,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Swedish American Hospital % Denni A Brebner & Associates | 7100-000 | 1,855.06 | N/A | N/A | 0.00 |
| NOTFILED | Swedish American Hospital % Dennis A. Brebner & | 7100-000 | 880.62 | N/A | N/A | 0.00 |
| NOTFILED | Swedish American Hospital % Dennis A. Brebner & | 7100-000 | 364.51 | N/A | N/A | 0.00 |
| NOTFILED | The Stark Collection Agency | 7100-000 | 219.04 | N/A | N/A | 0.00 |
| NOTFILED | Swedish American Hospital % Dennis A. Brebner & | 7100-000 | 521.43 | N/A | N/A | 0.00 |
| NOTFILED | Northern Illinois Imaging | 7100-000 | 5,361.00 | N/A | N/A | 0.00 |
| NOTFILED | Swedish American Hospital % Dennis A. Brebner & | 7100-000 | 88.50 | N/A | N/A | 0.00 |
| NOTFILED | Wf Fin Bank/Wells Fargo Financial | 7100-000 | 965.00 | N/A | N/A | 0.00 |
| NOTFILED | University Medical Services | 7100-000 | 275.00 | N/A | N/A | 0.00 |
| NOTFILED | GEMB/JC Penney's | 7100-000 | 914.00 | N/A | N/A | 0.00 |
| NOTFILED | Midland Credit Management | 7100-000 | 569.83 | N/A | N/A | 0.00 |
| NOTFILED | Credit Protection Assoc | 7100-000 | 375.85 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 2,315.00 | N/A | N/A | 0.00 |
| NOTFILED | GEMB/ Old Navy | 7100-000 | 480.00 | N/A | N/A | 0.00 |
| NOTFILED | First Premier Bank | 7100-000 | 516.00 | N/A | N/A | 0.00 |
| NOTFILED | DISH Network | 7100-000 | 147.87 | N/A | N/A | 0.00 |
| NOTFILED | First Premier Bank | 7100-000 | 460.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditor Protection | 7100-000 | 1,390.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditor Protection | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | I C System | 7100-000 | 464.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$78,361.48** | **$83,218.21** | **$55,908.41** | **$2,638.22** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-85359  
**Case Name:** LAMONT, TRAVIS J.  
    LAMONT, CINDIE R.  
**Period Ending:** 12/14/12

**Trustee:**    (330490)    MEGAN G. HEEG  
**Filed (f) or Converted (c):** 12/15/11 (f)  
**§341(a) Meeting Date:** 01/20/12  
**Claims Bar Date:** 06/13/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  4763 Orchard Ln Rockford, IL  Orig. Asset Memo: Orig. Description: 4763 Orchard Ln Rockford, IL | 125,000.00 | 0.00 | DA | 0.00 | FA |
| 2  Chase Bank - checking  Orig. Asset Memo: Orig. Description: Chase Bank - checking (actual balance 143.11 on date filed) | 200.00 | 0.00 | DA | 0.00 | FA |
| 3  Alpine Bank - checking  Orig. Asset Memo: Orig. Description: Alpine Bank - checking - (Actual balance $394.37 on date filed) | 500.00 | 0.00 | DA | 0.00 | FA |
| 4  Normal complement of household goods  Orig. Asset Memo: Orig. Description: Normal complement of household goods | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5  Normal complement of wearing apparel  Orig. Asset Memo: Orig. Description: Normal complement of wearing apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 6  American Income Life Insurance Company - Term in  Orig. Asset Memo: Orig. Description: American Income Life Insurance Company - Term insurance (spouse is beneficiary) | 1.00 | 0.00 | DA | 0.00 | FA |
| 7  American Income Life Insurance - Term insurance  Orig. Asset Memo: Orig. Description: American Income Life Insurance - Term insurance (spouse is beneficiary) | 1.00 | 0.00 | DA | 0.00 | FA |
| 8  Principle - 401(k)  Orig. Asset Memo: Orig. Description: Principle - 401(k) | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 9  Potential claim against Allstate Roofing Co.  Orig. Asset Memo: Orig. Description: Potential claim against Allstate Roofing Co. (roof fixed) | Unknown | 0.00 | DA | 0.00 | FA |
| 10  1995 Toyota Avalon (vehicle suffered damage as r  Orig. Asset Memo: Orig. Description: 1995 Toyota Avalon (vehicle suffered damage as result of auto accident) (objected to her motor vehicle exemption) | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 11  1992 Chevy Pickup | 200.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-85359  
**Case Name:** LAMONT, TRAVIS J.  
LAMONT, CINDIE R.  
**Period Ending:** 12/14/12

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 12/15/11 (f)  
**§341(a) Meeting Date:** 01/20/12  
**Claims Bar Date:** 06/13/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| | Orig. Asset Memo: Orig. Description: 1992 Chevy Pickup - objected to her motor vehicle exemption | | | | | |
| 12 | 1995 Chevy Camaro (not running)<br>Orig. Asset Memo: Orig. Description: 1995 Chevy Camaro (not running) | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2 small go-carts<br>Orig. Asset Memo: Orig. Description: 2 small go-carts | 100.00 | 0.00 | DA | 0.00 | FA |
| 14 | 1 dog, 1 turtle<br>Orig. Asset Memo: Orig. Description: 1 dog, 1 turtle | 20.00 | 0.00 | DA | 0.00 | FA |
| 15 | TAX REFUNDS  (u)<br>Debtors will receive $11430 and $1153, but debtors have some wild card and welfare tax credit, and debtors filed on 12/15/12. | Unknown | 4,811.33 | | 4,811.33 | FA |
| 15 | **Assets   Totals** (Excluding unknown values) | **$146,522.00** | **$4,811.33** | | **$4,811.33** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   July 31, 2012          **Current Projected Date Of Final Report (TFR):**   August 21, 2012  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-85359  
**Case Name:** LAMONT, TRAVIS J.  
LAMONT, CINDIE R.  
**Taxpayer ID #:** **-***6649  
**Period Ending:** 12/14/12  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******44-65 - Checking Account  
**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/07/12 | {15} | Travis Lamont | tax refunds | 1224-000 | 4,811.33 | | 4,811.33 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,786.33 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,761.33 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,736.33 |
| 10/30/12 | 1001 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $888.75, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 888.75 | 3,847.58 |
| 10/30/12 | 1002 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $2.00, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 2.00 | 3,845.58 |
| 10/30/12 | 1003 | Commonwealth Edison Company | Dividend paid   4.71% on $1,514.57; Claim# 1; Filed: $1,514.57; Reference: XXXXXX2015 | 7100-000 | | 71.48 | 3,774.10 |
| 10/30/12 | 1004 | Autovest, L.L.C. | Dividend paid   4.71% on $12,579.21; Claim# 2; Filed: $12,579.21; Reference: XXXX0012 | 7100-000 | | 593.59 | 3,180.51 |
| 10/30/12 | 1005 | GE Capital Retail Bank | Dividend paid   4.71% on $1,901.42; Claim# 3; Filed: $1,901.42; Reference: XXXXXXXXXXXX5101 | 7100-000 | | 89.72 | 3,090.79 |
| 10/30/12 | 1006 | Quantum3 Group LLC as agent for | Dividend paid   4.71% on $1,317.28; Claim# 5; Filed: $1,317.28; Reference: XXXXXXXXXXXX2074 | 7100-000 | | 62.16 | 3,028.63 |
| 10/30/12 | 1007 | Cavalry Portfolio Services, LLC | Dividend paid   4.71% on $1,939.42; Claim# 6; Filed: $1,939.42; Reference: | 7100-000 | | 91.52 | 2,937.11 |
| 10/30/12 | 1008 | U.S. Department of Education | Dividend paid   4.71% on $31,323.79; Claim# 7; Filed: $31,323.79; Reference: | 7100-000 | | 1,478.11 | 1,459.00 |
| 10/30/12 | 1009 | Fertility Centers of Illinois | Dividend paid   4.71% on $809.80; Claim# 8; Filed: $809.80; Reference: XXX068A | 7100-000 | | 38.21 | 1,420.79 |
| 10/30/12 | 1010 | Rockford Mercantile | Dividend paid   4.71% on $4,522.92; Claim# 9; Filed: $4,522.92; Reference: XX1177 | 7100-000 | | 213.43 | 1,207.36 |
| 10/30/12 | 1011 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,207.36 | 0.00 |
| | | | Dividend paid 100.00% on $1,202.83;  Claim# ; Filed: $1,202.83 | 2100-000 1,202.83 | | | 0.00 |
| | | | Dividend paid 100.00% on $4.53;  Claim# ; Filed: $4.53 | 2200-000 4.53 | | | 0.00 |

Subtotals :   $4,811.33   $4,811.33

{} Asset reference(s)   Printed: 12/14/2012 03:25 PM   V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-85359  
**Case Name:** LAMONT, TRAVIS J.  
LAMONT, CINDIE R.  
**Taxpayer ID #:** **-***6649  
**Period Ending:** 12/14/12

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******44-65 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 4,811.33 | 4,811.33 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 4,811.33 | 4,811.33 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,811.33** | **$4,811.33** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******44-65** | 4,811.33 | 4,811.33 | 0.00 |
| | $4,811.33 | $4,811.33 | $0.00 |